UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
C.A. NO. 5:13-cv-00667-H

TONYA E. SUMMERS,

    Plaintiff,

vs.

FIRST FINANCIAL ASSET MANAGEMENT, INC.,

    Defendant.

## NOTICE OF APPEARANCE

**NOW COMES** Caren D. Enloe of Morris Manning & Martin, LLP, PO Box 12768, Research Triangle Park, NC 27709, and hereby enters an appearance on behalf of defendant First Financial Asset Management, Inc. as it relates to the above-referenced matter.

This the 17th day of October, 2013.

    /s/ Caren D. Enloe
    Caren D. Enloe
    Morris, Manning & Martin, LLP
    NC State Bar No. 17394
    PO Box 12768
    Research Triangle Park, NC 27709
    Telephone: (919)806-2969
    Facsimile: (919)806-2057
    cenloe@mmmlaw.com
    *Counsel for the defendant First Financial Asset Management, Inc.*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document by depositing a copy thereof in the United States mail, first class postage prepaid, addressed as follows:

Tonya E. Summers
527 Waterford Lake Drive
Cary NC 27519

This the 17th day of October, 2013.

/s/ Caren D. Enloe
Caren D. Enloe
Morris, Manning & Martin, LLP
NC State Bar No. 17394
PO Box 12768
Research Triangle Park, NC 27709
Telephone: (919)806-2969
Facsimile: (919)806-2057
cenloe@mmmlaw.com
*Counsel for the defendant First Financial Asset Management, Inc.*