## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### Case No. 5:13-cv-00667-H

|  |  |
|---|---|
| Tonya E. Summers, | ) |
| Plaintiff(s), | ) |
|  | ) |
| vs | ) |
|  | ) |
| First Financial Asset Management, Inc., | ) |
| Defendant(s). | ) |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

First Financial Asset Management, Inc. who is defendant ,

_(name of party)_                    (plaintiff/defendant/other:_____)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    YES ◯          NO ⊙

2. Does party have any parent corporations?

    YES ⊙          NO ◯

If yes, identify all parent corporation, including grandparent and great-grandparent corporations:
Strategic Alliance

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    YES ◯          NO ⊙

If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

YES ◯          NO ◉

If yes, identify entity and nature of interest:

5. Is party a trade association?

YES ◯          NO ◉

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee:

N/A

Signature: /s/Caren D. Enloe

Date: 10/17/2013

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document by depositing a

copy thereof in the United States mail, first class postage prepaid, addressed as follows:

Tonya E. Summers
527 Waterford Lake Drive
Cary NC 27519

This the 17th day of October, 2013.

/s/ Caren D. Enloe
Caren D. Enloe
Morris, Manning & Martin, LLP
NC State Bar No. 17394
PO Box 12768
Research Triangle Park, NC 27709
Telephone: (919)806-2969
Facsimile: (919)806-2057
cenloe@mmmlaw.com
*Counsel for the defendant First Financial Asset Management, Inc.*